UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action _____ |
| | § | (CDCS: 2019A15731) |
| Christina Gutel, | § | |
| | § | |
| Defendant. | § | |

# Complaint

1.    *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S.

      CONST., art III, § 2, and 28 U.S.C. § 1345.

2.    *Venue*. The defendant resides in Harris County, Texas, and may be served with process at

      5217 Ridgecrest Drive, La Porte, Texas 77571.

3.    *The Debt*. The debt owed to the United States arose through a promissory note from

      U.S. Small Business Administration ("SBA").  The debt on the date of the Certificate

      of Indebtedness was:

|   |   |   |   |
|---|---|---|---|
| A. | Current principal | $ | 29,688.83 |
| B. | Interest (through 01/02/18) | $ | 4,482.12 |
| C. | Administrative fees, costs, penalties<br>(Including $400.00 Filing fee) | $ | 12,729.72 |
| D. | Balance due | $ | 46,900.67 |
| E. | Prejudgment interest accrues at 2.87% per annum being $2.33 per day. | | |
| F. | The current principal in paragraph 3 A is after credits of $8,998.00. | | |

4.      *Default*. The United States has demanded that the defendant pay the indebtedness,

and the defendant has failed to pay it.

5.      *Prayer*. The United States prays for judgment for:

A.      The sums in paragraph 3, pre-judgment interest, administrative costs, and post-judgment interest.

B.      Other relief the court deems proper.

Respectfully submitted,

CERSONSKY, ROSEN & GARCÍA, P.C.

By:   /s/ M. H. Cersonsky
     M. H. Cersonsky, TBN:  04048500
     1770 St. James Place, Suite 150
     Houston, Texas 77056
     Telephone: (713) 600-8500
     Fax: (713) 600-8585

     Attorneys for Plaintiff

For Important Information About This Lawsuit Please See Next Page.

# Federal Court Suit

1.    **You have been served in a lawsuit.**

2.    **If you dispute the debt in it, you must file a written response to the lawsuit with the court and the government's lawyer.  If you do not, a default judgment will be taken against you.**

3.    **Your written response is due 21 days after the day you got the lawsuit papers.**

4.    **Mail your written response to:**

> **Clerk**
> **United States District Court**
> **P.O. Box 61010**
> **Houston, Texas 77208**

**and send a copy to the lawyers for the United States at:**

> **M. H. Cersonsky**
> **Cersonsky, Rosen & García, P.C.**
> **1770 St. James Place, Suite 150**
> **Houston, Texas 77056**

**Be sure to put your case number and name on your response.**

5.    **If you do not dispute the debt claimed in the lawsuit and want a payment plan, please contact Eddith Salazar at (713) 600-8500.**



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227


ACTING ON BEHALF OF
U.S. Small Business Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Christina Gutel
5217 Ridgecrest Drive
La Porte, TX 77571


I certify that the U.S. Small Business Administration (SBA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---|---|---|
| Principal: | $ | 29,688.83 |
| DMS fees: | $ | 10,934.70 |
| DOJ fees: | $ | 1,395.02 |
| Interest (through 01/02/2018): | $ | 4,482.12 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 01/03/2019:    $ 46.500.67**


*NOTE: Per the creditor agency profile, the debt continues to accrue interest at the annual rate of 2.87% (or $2.33 daily).

The debt arose in connection with the co-debtors' March 2013 default on a SBA Guaranteed Loan (DLH18401560-05) in the amount of $37,400.00.

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Small Business Administration.

1/3/2019

✕ ~~signature~~

Signed by: Natalie R. Stubbs

Natalie Stubbs
Financial Program Specialist
U.S. Department of the Treasury
Bureau of Fiscal Service



ALL-STATE LEGAL®
PLAINTIFF'S EXHIBIT
A